

FRED HJELMESET
P.O. Box 4188
Mountain View, CA 94040
(650) 386-5634
fhtrustee@gmail.com

Chapter 7 Trustee

The following constitutes
the order of the court. Signed April 27, 2017

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

SALAZAR, KENNETH DUANE and
SALAZAR, DOLORES ANN,

                Debtors.

Case No. 15-51108 CN7

Chapter 7

**ORDER SETTLING TRUSTEE'S FINAL ACCOUNT AND AWARDING FEES AND EXPENSES**

Date: 4/27/2017, Time: 10:00 am, Room: 215

      Fred Hjelmeset, Trustee of the above-referenced bankruptcy estate, having filed herein the Trustee's Final Report and Proposed Distribution which incorporated Trustee's request for compensation and reimbursement of expenses, and having given to all parties in interest due written notice of said report and request, no objection thereto having been raised, and for the reasons set forth on the record, and good cause appearing;

      IT IS HEREBY ORDERED that the Trustee's account is approved and settled;

      IT IS FURTHER ORDERED that the Trustee is allowed an amount of $42,000.00 as reasonable compensation and $0.49 as reimbursement of expenses; and

IT IS FURTHER ORDERED that the Trustee shall distribute the estate as provided by Section 726 of the Bankruptcy Code.

**END OF ORDER**

COURT SERVICE LIST

No Mail Service Required